IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **VINCENT POUNCY,** | ) | |
| | ) | Case No.  25-cv-12724-DML-EAS |
| **Plaintiff,** | ) | |
| | ) | **District Judge Lawson** |
| v. | ) | **Magistrate Judge Stafford** |
| | ) | |
| **FIRST ADVANTAGE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND
## REQUEST TO STAY ALL DEADLINES

Plaintiff, VINCENT POUNCY, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter.  Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Scheduling Conference scheduled November 19, 2025, be stricken

Respectfully submitted,<br>
**VINCENT POUNCY**<br>
By:   *s/ David M. Marco*<br>
Attorney for Plaintiff

<u>Dated: November 17, 2025</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
**Telephone**:  (312) 546-6539
**Facsimile**:  (888) 418-1277
**E-Mail**:      dmarco@smithmarco.com