UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT POUNCY,

        Plaintiff,                        Case Number 25-12724

v.                                                      Honorable David M. Lawson

FIRST ADVANTAGE CORPORATION,

        Defendant.

_____/

### ORDER OF DISMISSAL

On November 17, 2025, the parties filed a notice indicating that they have reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. All scheduled conferences therefore are cancelled. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 17, 2025**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                        United States District Judge

Dated:  November 17, 2025